

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00459-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171327
Honorable Susan Harris, Judge Presiding

# O R D E R

The State's Motion to Abate is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court